E-FILED
Tuesday, 04 August, 2026  02:14:17 PM
Clerk, U.S. District Court, ILCD



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866
Chicago, IL  60604
Chicago Direct Dial:  (312) 872-9777

Ann Pettifer
246 6th Street Ct W
Andalusia, IL, 61232

**FILED**

8/4/2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re:    Ann Pettifer v Deere and Company
        EEOC Charge Number: 440-2025-01246

Dear Ms. Pettifer.

This letter is regarding the charge of discrimination you filed against Deere and Company.

The Commission has completed the investigation and review of the evidence obtained, including any information you provided. Based on our review of the evidence, it is unlikely that additional investigation will result in a violation of the statutes we enforce. Therefore, the EEOC has completed the administrative processing of your charge and is issuing you a Determination and Notice of Right to Sue.  The Determination and Notice of Right to Sue allows you to pursue your claims further by filing a private lawsuit, in a federal court, within ninety (90) days of receipt of the Determination and Notice of Right to Sue.

Please login to the portal to download the Determination and Notice of Right to Sue.

Sincerely,

Amrith Kaur Aakre
District Director